ANNA W. WOODWARD, Appellant, *v.* NEW YORK RAIL-WAYS COMPANY, Respondent.

*Woodward* v. *New York Railways Co.*, 164 App. Div. 658, affirmed.

(Argued May 11, 1917; decided May 25, 1917.)

APPEAL from a judgment, entered December 18, 1914, upon an order of the Appellate Division of the Supreme Court in the first judicial department reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff while driving a single horse and carriage across Eighth avenue in the city of New York at its intersection with One Hundred and Thirtieth street was struck by one of defendant's cars and received the injuries complained of. The defendant argued that the plaintiff was guilty of contributory negligence as matter of law, because after

seeing defendant's car upwards of a block away, when she started to drive across Eighth avenue, she did not again carefully observe the approach and speed of the car just as she was about to cross the track.

*Frank Verner Johnson* for appellant.

*Frederick J. Moses* and *James L. Quackenbush* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN and CUDDE-BACK, JJ. Dissenting: HOGAN and CARDOZO, JJ. Not sitting: McLAUGHLIN, J.